# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00102-CV

**In re Joseph Burpee**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed another pro se original petition for writ of habeas corpus. *See* Tex. R. App. P. 52.1. We only have appellate, not original, habeas corpus jurisdiction in criminal matters. *See* Tex. Gov't Code § 22.221(d); Tex. Code Crim. Proc. art. 11.05; *see also In re Burpee*, No. 03-22-00053-CV, 2022 WL 467792, at \*1 (Tex. App.—Austin Feb. 16, 2022, orig. proceeding). Relator has failed to include an adequate record establishing our appellate jurisdiction here. *See* Tex. R. App. P. 52.7(a). Accordingly, we dismiss relator's application for writ of habeas corpus for want of jurisdiction. *See* Tex. R. App. P. 52.8(a). We also dismiss the State's motion to expedite review as moot.

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed: March 2, 2022